UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JAMES C. WOODRUFF, | Civil No. 3:10-CV-00997-BR |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on _July 21_, 2011. Judgment is entered for Plaintiff.

DATED this 21st day of July 2011.

_____
UNITED STATES DISTRICT JUDGE