**DAVID B. LOWRY**
9900 SW Greenburg Road
Columbia Business Center, Suite 130
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

**James Woodruff**

|  |  |
|---|---|
| **Plaintiff,** | **Civil No. 10-cv-0997-BR** |
| **vs.** |  |
| **Commissioner of Social Security** | **ORDER GRANTING AWARD** |
| **Defendant.** | **OF EAJA FEES, EXPENSES AND COSTS** |

## ORDER

Based upon the plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412,

the assignment of EAJA fees to plaintiff's attorney by plaintiff, as discussed in <u>Astrue v. Ratliff</u>, ___

U.S. ___ (2010), it is hereby ordered that EAJA attorney's fees of $5,182.06 and expenses of $4.56

and costs of $8.00, shall be paid to the plaintiff, and mailed to the attorney's office.

Done this 22nd day of September, 20 11.

_____
Judge

Presented by:

<u>s/ DAVID B. LOWRY</u>
David B. Lowry, OSB 73772
Attorney for Plaintiff
9900 SW Greenburg Rd, Ste 130, Portland OR 97223