DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 130
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

James Woodruff

        Plaintiff,                    Civil No. 10-cv-0997-BR

vs.

Commissioner of Social Security     ORDER GRANTING AWARD
        Defendant.                    OF EAJA FEES, EXPENSES AND
                                          COSTS

## ORDER

Based upon the plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, the assignment of EAJA fees to plaintiff's attorney by plaintiff, as discussed in Astrue v. Ratliff, ___ U.S. ___ (2010), it is hereby ordered that EAJA attorney's fees of $5,182.06 and expenses of $4.56 and costs of $8.00, shall be paid to the plaintiff, and mailed to the attorney's office.

Done this 22nd day of September, 2011.

_____
                      Judge

Presented by:

s/ DAVID B. LOWRY
David B. Lowry, OSB 73772
Attorney for Plaintiff
9900 SW Greenburg Rd, Ste 130, Portland OR 97223