WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 632-1198
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JAMES WOODRUFF,                                      Case No. 3:10-cv-997-BR

   Plaintiff,

vs.                                                  ORDER

COMMISSIONER of Social Security,

   Defendant.

Attorney fees in the amount of $24,513.25 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, in Case No. 3:07-cv-807-MA, this Court awarded $7,000.00 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. This Court also awarded $5,182.06 in Civil Action # 3:10-cv-997-BR. When issuing the § 406(b) check, the agency is directed to subtract both amounts previously awarded under the EAJA, and to send to Plaintiff's attorney at his current address shown above the balance of $12,331.19, minus any user fee. Any amount withheld (including the EAJA fee offsets) after all administrative and court attorneys' fees are paid should be released to the claimant.

DATED this 8th day of July, 2013.

_____
United States District Judge

Presented by: s/ Tim Wilborn, OSB # 944644
(702) 240-0184
   Attorney for Plaintiff

ORDER - Page 1